IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE M. GORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:15-CV-3963-M-BN |
| | § | |
| CEDAR HILL INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, Defendants' amended motion to dismiss [Dkt. No. 25] is GRANTED; Defendants' motion to strike [Dkt. No. 63] is DENIED; and Plaintiff's motion for leave to file a third amended complaint [Dkt. No. 72] is DENIED without prejudice.

The parties are directed to meet and confer, no later than September 16, 2016, and discuss which of Plaintiff's claims – including the three new claims that Plaintiff appears to assert in the proposed third amended complaint – can be repled. The parties are further instructed to file a joint status report concerning their conference,

no later than September 23, 2016, and, if appropriate, Plaintiff may file one last motion for leave to amend, attaching to that motion a proposed amended complaint.

SO ORDERED this 2nd day of September, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE